THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLANDO HERRERA, Appellant.

Submitted December 27, 2010; decided January 6, 2011

Motion for assignment of counsel granted and Robin G. Steinberg, Esq. and Matthew Caldwell, Esq., care of the Bronx Defenders, 860 Courtlandt Ave., Bronx, New York 10451 assigned as counsel to the appellant on the appeal herein.